UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-958-CR-SEITZ

UNITED STATES OF AMERICA,

v.

OMAR SOMONTE,
_____/

### ORDER GRANTING RULE 35 MOTION AND TERMINATING SUPERVISED RELEASE EFFECTIVE OCTOBER 20, 2008

This matter came before the Court on the Government's Rule 35 Motion. The Court having considered the motion and being otherwise fully advised, it is

ORDERED that the Government's Motion is GRANTED. It is further

ORDERED that Defendant's term of Supervised Release shall terminate on **October 20, 2008.**

DONE AND ORDERED in Miami, Florida this 17th day of September, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Lynell Fahie, USPO